584 A.2d 817

IN THE MATTER OF MATTHEW A. LEAHEY, AN
ATTORNEY AT LAW.

January 31, 1991.

ORDER

This matter having been duly presented to the Court, it is
ORDERED that the petition for the reinstatement of MAT-
THEW A. LEAHEY of TOMS RIVER is granted.